UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BERNARD LOUIS TREISCH | § § § | |
| VS. | § § | CIVIL ACTION NO. _____<br>(DIVERSITY) |
| SAM'S EAST, INC. | § § | |

**CORRECTED NOTICE OF REMOVAL OF ACTION UNDER**
**28 U.S.C. § 1441(B) (DIVERSITY)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Defendant, **SAM'S EAST, INC.** hereby removes to this Court the state court action described below.

1. On December 5, 2019, an action was commenced in the 92nd Judicial District Court of Hidalgo County, Texas, entitled *Bernard Louis Treish vs. Sam's East, Inc.* in cause number C-5091-19-A.

2. The first date upon which Defendant received a copy of the said complaint was December 16, 2019, when Defendant was served with a copy of the said complaint and a citation from the said State Court. A copy of the citation is *attached hereto as Exhibit B*. In accordance with Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendant in this action:

   A)  Plaintiff's Original Petition;
   B)  Copy of Return Citation of Defendant;
   C)  Docket Sheet;
   D)  Defendant's Original Answer, Affirmative Defenses to Plaintiff's Original Petition and Requests for Disclosure; and
   E)  Defendant's Request for Jury Trial.

1

In addition and in accordance with the Local Rule, Defendant includes a copy of the docket sheet of the state court matter *a copy of which is attached hereto as Exhibit C.*

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. On December 16, 2019, the Plaintiff served upon the Defendant, Plaintiff's Original Petition with Jury Demand, *a copy of which is attached hereto as Exhibit A.* In this Original Petition, Plaintiff plead that he is seeking monetary damages over $200,000.00 but no more than $1,000,000.00. As such, the amount in controversy is in excess of $75,000.00, and removal is appropriate pursuant to 28. U.S. § 1441(b).

4. Defendant is informed and believes that Plaintiff was and still is a citizen of the State of Texas and resides in Donna, Hidalgo County.

5. Defendant, Sam's East, Inc., was, at the time of the filing of this action, and still is, a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Arkansas, is therefore a citizen of the States of Delaware and Arkansas, and has been served summons and complaint in this action.

6. Copies of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).

7. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

8. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

9.  Plaintiff and Defendant demanded a jury in the state court suit.

10. For the foregoing reasons, Defendant asks the Court to remove the suit to The United States District Court, Southern District of Texas, McAllen Division.

**DATED: 01/16/20**

        Respectfully submitted,

        */s/ Jaime A. Drabek*
        Jaime A. Drabek, Attorney-in-Charge
        Federal ID No. 8643
        State Bar No. 06102410
        Ricardo G. Benavides, Of Counsel
        Federal ID No. 32205
        State Bar No. 24031735
        Ashley Cedillo, Of Counsel
        Federal ID No. 3123218
        State Bar No. 24092236
        **DAW & RAY, L.L.P.**, Of Counsel
        3900 N. 10th Street, Suite 950
        McAllen, Texas 78501
        Telephone: (956) 687-3121
        Facsimile: (956) 686-3188
        Email: jdrabek@dawray.com

        **ATTORNEYS FOR DEFENDANT,**
        **SAM'S EAST, INC.**

## CERTIFICATE OF SERVICE

I, Jaime A. Drabek, hereby certify that on **January 16, 2020**, a true and correct copy of the foregoing instrument was sent to all counsel of record by electronic mail to wit:

Mr. Michael J. Cisneros
Mr. Arturo Cisneros
**The Cisneros Law Firm, L.L.P.**
312 Lindberg
McAllen, Texas 78501
Telephone: (956) 682-1883
Facsimile: (956) 682-0132
Email: email@cisneroslawfirm.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Jaime A. Drabek*
Jaime A. Drabek

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | **AFFIDAVIT** |
| COUNTY OF HIDALGO | § | |

    **BEFORE ME**, the undersigned authority, on this day personally appeared Ricardo G. Benavides of McAllen, Hidalgo County, Texas, who being by me duly sworn, deposes and says that he is an attorney for Defendant in the present cause filed by Bernard Louis Treisch; that he has been authorized to make this Affidavit; and that he has read the foregoing Notice of Removal and knows the contents thereof, and that the matters and facts therein contained are true and correct.

    FURTHER AFFIANT SAYETH NOT.

_____
Ricardo G. Benavides, AFFIANT

    **SWORN TO AND SUBSCRIBED** before me on this 15th day of January, 2020.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

VIRGINIA ALVAREZ
Notary Public, State of Texas
Comm. Expires 06-02-2020
Notary ID 10818975